IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIE FRED BAUCHAM,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3503

Opinion filed December 18, 2014.

Amended Petition for Writ of Prohibition -- Original Jurisdiction.

Willie Fred Baucham, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Jennifer J. Moore, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of prohibition is denied.

LEWIS, C.J., VAN NORTWICK and ROWE, JJ., CONCUR.